846

No. 77–6780.  CORBITT v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–6781.  WATSON v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 77–6783.  K. G. W. v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 77–6784.  TUCKER v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 77–6785.  STEVENS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 77–6787.  DALTON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–6788.  HARGROVE v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 77–6789.  ROBERTS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–6792.  MADDOX v. INTERNAL REVENUE SERVICE. C. A. 5th Cir.  Certiorari denied.

No. 77–6793.  PETERSON v. MOORE, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 77–6794.  PALASCHAK v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 77–6795.  JONES v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.